UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL FRIEDMANN,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-2259-CEM-NWH**

**FEDERAL TRADE COMMISSION, NATIONAL ASSOCIATION OF ATTORNEY'S GENERAL, STATE OF WASHINGTON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON, ROBERT FERGUSON, DAVID HORN, and JOSHUA STUDOR,**

**Defendants.**
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 15), recommending that this case be dismissed without prejudice as duplicative of *Friedman v. Federal Trade Commission*, 6:25-cv-2032-CEM-NWH and the Motion be denied as moot.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order.
2. This case is **DISMISSED without prejudice**.
3. Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2) is **DENIED as moot**.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties